[No. 46107-9-I. Division One. April 23, 2001.]

JOSEPH DUVEY, *Appellant*, v. DAYTONA MOTOR SPORTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-11519-8, Donald D. Haley, J., entered January 28, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46108-7-I. Division One. April 23, 2001.]

BYRON D. CONEY, ET AL., *Appellants*, v. SEATTLE SCHOOL DISTRICT No. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31486-1, R. Joseph Wesley, J., entered February 2, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Baker, JJ.

[No. 46109-5-I. Division One. April 23, 2001.]

613 FAIRVIEW AVE., L.L.C., *Respondent*, v. PONGS CORPORATION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-24204-1, Suzanne M. Barnett, J., entered February 10, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 46142-7-I. Division One. April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL MEZA-MEZA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-1-00554-5, Susan K. Cook, J., entered January 20, 2001. *Affirmed* by unpublished per curiam opinion.